| | |
|---|---|
| 1 | Jonathan S. Kitchen, Esq. (SBN: 80270) |
|   | jkitchen@linerlaw.com |
| 2 | Joshua S Levenberg, Esq. (SBN: 203504) |
|   | jlevenberg@linerlaw.com |
| 3 | LINER YANKELEVITZ |
|   | SUNSHINE & REGENSTREIF LLP |
| 4 | 199 Fremont Street, 20th Floor |
|   | San Francisco, CA 94105-2255 |
| 5 | Telephone:  (415) 489-7700 |
|   | Facsimile:  (415) 489-7701 |
| 6 | |
|   | Attorneys for Defendant |
| 7 | UBISOFT, INC. |
| 8 | Scott A. Kamber |
|   | KAMBER & ASSOCIATES, LLC |
| 9 | 19 Fulton Street, Suite 400 |
|   | New York, NY 10038 |
| 10 | Tel: (877) 773-5469 |
| 11 | Attorneys for Plaintiff |
|   | CHRISTOPHER SPENCE |
| 12 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER SPENCE et. al, | Case No. C 06 2169 |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT UBISOFT, INC. TO FILE AND SERVE RESPONSE TO COMPLAINT** |
| v. | |
| UBISOFT, INC., | [Local Rule 6-1] |
| Defendant. | Date Action Filed:   March 24, 2006 |

Plaintiff Christopher Spence ("Plaintiff"), by his attorneys, and defendant Ubisoft, Inc. ("Defendant"), by its attorneys Liner Yankelevitz Sunshine & Regenstreif LLP, do hereby stipulate that Defendant shall have an additional thirty days (30) days – up to and including May 27, 2006 – in which to answer or otherwise respond to Plaintiff's Complaint filed March 24, 2006.

This is the first extension of time on the response to the initial complaint.

////

////

```
1   Dated: April 25, 2006              LINER YANKELEVITZ
                                       SUNSHINE & REGENSTREIF LLP
2
3                                      By: /s/ Jonathan A. Kitchen
                                           Jonathan A. Kitchen          by JK
4                                          Attorneys for Defendant
                                           Ubisoft, Inc.
5
6   Dated: April 25, 2006
7
8                                      KAMBER & ASSOCIATES, LLC
9                                      By: /s/ Scott A. Kamber
                                           Scott A. Kamber
10                                         Attorneys for Plaintiff
                                           Christopher Spence
```

**IT IS SO ORDERED**
/s/ Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

2
Case No. C 06 2169
STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE AND SERVE RESPONSE TO COMPLAINT

0027518/001/ 26648v01