1  Jonathan S. Kitchen, Esq. (SBN: 80270)
       jkitchen@linerlaw.com
2  Joshua S Levenberg, Esq. (SBN: 203504)
       jlevenberg@linerlaw.com
3  LINER YANKELEVITZ
   SUNSHINE & REGENSTREIF LLP
4  199 Fremont Street, 20th Floor
   San Francisco, CA 94105-2255
5  Telephone:  (415) 489-7700
   Facsimile:  (415) 489-7701
6
   Attorneys for Defendant
7  UBISOFT, INC.

8  Scott A. Kamber
   KAMBER & ASSOCIATES, LLC
9  19 Fulton Street, Suite 400
   New York, NY 10038
10 Tel: (877) 773-5469

11 Attorneys for Plaintiff
   CHRISTOPHER SPENCE
12

13
                     **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                      **SAN FRANCISCO DIVISION**
16 CHRISTOPHER SPENCE et. al,          )  Case No. C 06 2169
                                       )
17            Plaintiff,               )  **STIPULATION EXTENDING TIME**
                                       )  **FOR DEFENDANT UBISOFT, INC. TO**
18    v.                               )  **FILE AND SERVE RESPONSE TO**
                                       )  **COMPLAINT**
19 UBISOFT, INC.,                      )
                                       )  [Local Rule 6-1]
20            Defendant.               )
   _____)  Date Action Filed:   March 24, 2006
21
          On April 26, 2006 Plaintiff Christopher Spence ("Plaintiff"), by his attorneys, and
22
   defendant Ubisoft, Inc. ("Defendant"), by its attorneys Liner Yankelevitz Sunshine & Regenstreif
23
   LLP, entered into a stipulation to extend the time in which Defendant had to respond to Plaintiff's
24
   complaint, up through and including May 26, 2006 so that the parties could pursue settlement
25
   discussions.
26
          As the parties continue these discussions, and in light of the fact that an additional related
27
   action may be filed against Defendant in the coming week, Plaintiff, by his attorneys Kamber &
28

1  Associates, LLC, and Ubisoft, Inc., by its attorneys Liner Yankelevitz Sunshine & Regenstreif

2  LLP, do hereby stipulate that Defendant shall have an additional thirty days (30) days – up to and

3  including June 26, 2006 – in which to answer or otherwise respond to Plaintiff's Complaint filed

4  March 24, 2006.

5        This is the second extension of time on the response to the initial complaint.

6  ////

7  ////

8  Dated: May 25, 2006                    LINER YANKELEVITZ
                                          SUNSHINE & REGENSTREIF LLP
9
                                          By: _____
10                                            Jonathan A. Kitchen
                                              Joshua S Levenberg
11                                            Attorneys for Defendant
                                              Ubisoft, Inc.
12

13
14 Dated: May 25, 2006                    KAMBER & ASSOCIATES, LLC

15                                         By: _____
                                              Scott A. Kamber
16                                            Attorneys for Plaintiff
                                              Christopher Spence
17

18

19

20              May 26, 2006                    IT IS SO ORDERED
21
22                                              Judge Marilyn H. Patel
23

24

25

26

27

28