IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SPENCE, on his own behalf and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>UBISOFT, INC. a California corporation, )<br><br>Defendant. ) | No. 06-2169 (MHP) |

## NOTICE OF WITHDRAWL

The Law Offices of Daniel Lynch hereby withdraw as attorneys for plaintiff Christopher Spence.

Dated: June 2, 2006

**LAW OFFICES OF ALAN HIMMELFARB**

By: _[signature]_
Alan Himmelfarb

2757 Leonis Blvd
Los Angeles, California 90058
Telephone: (323) 585-8696

**LAW OFFICES OF DANIEL LYNCH**

By: _[signature]_
Daniel Lynch
150 South Wacker Drive
Suite 2600
Chicago, IL 60606
Telephone: (312) 346-8700

1   6/14/06

IT IS SO ORDERED

_[signature]_
U.S. DISTRICT JUDGE