06/05/2006  14:54   3235828681                HIMMELFARB&HIMMELFAR                    FILED

JUN 1 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SPENCE, on his own behalf )
and on behalf of all others similarly situated, )
)           No. 06-2169 (MHP)
    Plaintiff, )
)
v. )
)
UBISOFT, INC. a California corporation, )
)
    Defendant. )

## NOTICE OF WITHDRAWL

The firm of Giskan & Solotaroff hereby withdraws as attorneys for plaintiff Christopher Spence.

Dated: June 2, 2006

**LAW OFFICES OF ALAN HIMMELFARB**

By: _____
Alan Himmelfarb

2757 Leonis Blvd
Los Angeles, California 90058
Telephone: (323) 585-8696

**GISKAN & SOLOTAROFF**

By: _____
Oren Giskan
207 West 25th Street
4th Floor
New York, NY 10001
Telephone: (212) 847-8315

1

6/15/06

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE