KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
DALE F. KINSELLA (SBN 063370)
dkinsella@kwikalaw.com
ALAN KOSSOFF (SBN 150932)
akossoff@kwikalaw.com
JEREMIAH T. REYNOLDS (SBN 223554)
jreynolds@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendant Ubisoft, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Ubisoft DRM Litigation | CASE NO. C 06 2169 MHP<br><br>SUBSTITUTION OF ATTORNEY |

SUBSTITUTION OF ATTORNEY

C 06 2169 MHP

Defendant Ubisoft, Inc., hereby substitutes Alan Kossoff of Kinsella Weitzman Iser Kump & Aldisert LLP, who is retained counsel, located at 808 Wilshire Boulevard, 3rd Floor, Santa Monica, California 90401, as attorney of record in the place and stead of Liner Yankelevitz Sunshine & Regenstreif LLP.

DATED: August 31, 2006        Ubisoft, Inc.

By: _____
Director of Legal Affairs
[signature]

I consent to the above substitution.

DATED: August 31, 2006        LINER YANKELEVITZ SUNSHINE & REGENSTREIF LLP

By: _____
Glen Rothstein
Prior Attorneys for Defendant Ubisoft, Inc.

I am duly admitted to practice in this District.

DATED: August 30, 2006        KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: _____
Alan Kossoff
New Attorneys for Defendant Ubisoft, Inc.

9/1/06

IT IS SO ORDERED
_____
U.S. DISTRICT JUDGE