1   DALE F. KINSELLA (SBN 063370)
      dkinsella@kwikalaw.com
2   JEREMIAH T. REYNOLDS (SBN 223554)
      jreynolds@kwikalaw.com
3   KINSELLA WEITZMAN ISER KUMP &
      ALDISERT LLP
4   5808 Wilshire Boulevard, 3rd Floor
      Santa Monica, California 90401
5   Telephone: 310.566.9800
      Facsimile: 310.566.9850
6
      Attorneys for Defendant Ubisoft, Inc.
7
8

Scott A. Kamber
KAMBER & ASSOCIATES, LLC
11 Broadway, 22nd floor
New York, NY 10004
Telephone:     (877) 773-5469
Facsimile:     (212) 202-6364
Email:         skamber@kolaw.com

Oren Giskan
GISKAN & SOLOTAROFF
207 W. 25th Street
New York, NY 10001
Telephone:     212.847.8315
Facsimile:     212.473.8096
Email:         ogiskan@gslawny.com

9                                              Attorneys for Plaintiffs

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                             SAN FRANCISCO DIVISION

14   In Re Ubisoft DRM Litigation            Case No.: C 06 2169 MHP

15                                           **STIPULATION FOR DISMISSAL**

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiffs Christopher Spence and James Lerg and Defendant Ubisoft, Inc.

2  (collectively, the "Parties"), by and through their respective counsel of record, HEREBY

3  STIPULATE AND AGREE AS FOLLOWS:

4         1.    The Parties are entering into this stipulation and requesting that this Court

5  enter the accompanying order because the parties have reached a settlement of this action;

6         2.    This entire action is hereby dismissed with prejudice.

7

8  DATED: February 6, 2007          KAMBER & ASSOCIATES

9

10                                   By:

11                                       Scott A. Kamber
                                         Interim Class Counsel and Co-Lead Plaintiffs'
12                                       Counsel

13  DATED: February __, 2007         GISKAN & SOLOTAROFF

14

15                                   By:

16                                       Oren Giskan
                                         Interim Class Counsel and Co-Lead Plaintiffs'
17                                       Counsel

18  DATED: February 6, 2007          KINSELLA WEITZMAN ISER KUMP &
                                     ALDISERT LLP
19

20                                   By:

21                                       Jeremiah T. Reynolds
                                         Attorneys for Defendant Ubisoft, Inc.
22

23

24

25

26

27

28

1

<u>DISMISSAL ORDER</u>

2     Based upon the foregoing Stipulation of the parties, and good cause appearing therefor, it

3  is hereby ordered that this entire action is dismissed with prejudice.

4

5  Dated: _____

      <u>HONORABLE MARILYN HALL PATEL</u>
6     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28