| | |
|---|---|
| DALE F. KINSELLA (SBN 063370)<br>dkinsella@kwikalaw.com<br>JEREMIAH T. REYNOLDS (SBN 223554)<br>jreynolds@kwikalaw.com<br>KINSELLA WEITZMAN ISER KUMP &<br>ALDISERT LLP<br>5808 Wilshire Boulevard, 3rd Floor<br>Santa Monica, California 90401<br>Telephone: 310.566.9800<br>Facsimile: 310.566.9850<br><br>Attorneys for Defendant Ubisoft, Inc. | Scott A. Kamber<br>KAMBER & ASSOCIATES, LLC<br>11 Broadway, 22nd floor<br>New York, NY 10004<br>Telephone: (877) 773-5469<br>Facsimile: (212) 202-6364<br>Email: skamber@kolaw.com<br><br>Oren Giskan<br>GISKAN & SOLOTAROFF<br>207 W. 25th Street<br>New York, NY 10001<br>Telephone: 212.847.8315<br>Facsimile: 212.473.8096<br>Email: ogiskan@gslawny.com<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re Ubisoft DRM Litigation | Case No.: C 06 2169 MHP<br><br>**STIPULATION FOR DISMISSAL** |

STIPULATION FOR DISMISSAL

1  Plaintiffs Christopher Spence and James Lerg and Defendant Ubisoft, Inc.
2  (collectively, the "Parties"), by and through their respective counsel of record, HEREBY
3  STIPULATE AND AGREE AS FOLLOWS:
4      1. The Parties are entering into this stipulation and requesting that this Court
5  enter the accompanying order because the parties have reached a settlement of this action;
6      2. This entire action is hereby dismissed with prejudice.

8  DATED: February 6, 2007     KAMBER & ASSOCIATES

10 By: _____
11 Scott A. Kamber
   Interim Class Counsel and Co-Lead Plaintiffs'
12 Counsel

13 DATED: February __, 2007     GISKAN & SOLOTAROFF

15 By: _____
16 Oren Giskan
   Interim Class Counsel and Co-Lead Plaintiffs'
   Counsel

18 DATED: February 6, 2007     KINSELLA WEITZMAN ISER KUMP &
   ALDISERT LLP

20 By: _____
21 Jeremiah T. Reynolds
   Attorneys for Defendant Ubisoft, Inc.

STIPULATION FOR DISMISSAL     1     CASE NO.: C06 2169 MHP

<u>DISMISSAL ORDER</u>

Based upon the foregoing Stipulation of the parties, and good cause appearing therefor, it is hereby ordered that this entire action is dismissed with prejudice.

Dated: 2/9/07

_____
HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL     2     CASE NO.: C06 2169 MHP